UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL JESUS PINGUIL LOJA, )
    Petitioner, )
 )
v. ) C.A. No. 18-10579-MLW
 )
STEVEN SOUZA AND THOMAS M. )
HODGSON, )
    Respondents. )

ORDER

WOLF, D.J.                                                            March 29, 2018

It is hereby ORDERED that:

1. The Clerk of this Court shall serve forthwith a copy of the petition (Docket No. 1) upon respondents and the United States Attorney for the District of Massachusetts.

2. The parties shall confer and, by April 5, 2018, at 12:00 noon, jointly if possible, but separately if necessary: (a) report whether they have reached an agreement to resolve this case; if not, (b) report whether they request more time to continue their discussions; and if not, (c) propose a schedule for briefing and a subsequent hearing.

3. In order to preserve the court's jurisdiction, to provide the parties an opportunity to attempt to resolve this case and, if necessary, to brief the issues properly, petitioner shall not be moved outside the District of Massachusetts, temporarily or permanently, during the pendency of this case. See 28 U.S.C. §1651(a)("[A]ll courts established by Act of Congress may issue

all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."). This requirement may be reconsidered by the court sua sponte or upon motion by either party.

                                                    /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE