UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL JESUS PINGUIL LOJA,<br>    Petitioner,<br><br>v.<br><br>STEVEN SOUZA AND THOMAS M.<br>HODGSON,<br>    Respondents. | C.A. No. 18-10579-MLW |

ORDER

WOLF, D.J.                                            June 11, 2018

It is hereby ORDERED that:

1. By June 14, 2018, the parties shall confer concerning the implications of the attached June 11, 2018 Memorandum and Order in Calderon, C.A. No. 18-10225, and Junqueira, C.A. No. 18-10307, among other things, and report the status of this case. The report shall state: whether the parties have reached an agreement to resolve the case or any issues in it; whether petitioner Manuel Jesus Pinguil Loja has received notice of a custody review and/or a custody review under 8 C.F.R. 241.4; and any material circumstances that have changed since the May 4, 2018 status report, including whether any decision has been made concerning Pinguil's applications for withholding of removal or a U-visa.

If the Department of Homeland Security ("DHS") has not given Pinguil a custody review under §241.4 because it believes that "the 90-day removal period has been extended" by his application for withholding of removal or any other action, Reply Brief of

Respondents (Docket No. 27) at 7-8 & n.9, the report shall state whether DHS has provided Pinguil with notice of "the [alleged] circumstances demonstrating his [] failure to comply with the requirements of [8 U.S.C. §1231(a)(1)(C)] and an explanation of the necessary steps that [Pinguil] must take in order to comply with the statutory requirements." 8 C.F.R. §241.4(g)(5)(ii). DHS shall also identify the "statutory requirements," if any, with which it asserts Pinguil is failing to comply.

2. If necessary, a hearing on the petition shall be held on June 19, 2018, at 10:00 a.m.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE