UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL JESUS PINGUIL LOJA, | ) |
| Petitioner, | ) |
| v. | ) No. 18-cv-100579-MLW |
| STEVEN SOUZA and THOMAS M. HODGSON, | ) |
| Respondents. | ) |

## JOINT MOTION TO EXTEND TIME TO REPORT STATUS

Now comes the Respondent, Steven Souza, as Superintendent of the Bristol Jail and House of Correction, and Thomas M. Hodgson, Sheriff of Bristol County, by and through their attorney, Andrew E. Lelling, U.S. Attorney for the District of Massachusetts, along with Petitioner Manuel Jesus Pinguil Loja, and request an extension until the close of business on June 14, 2018 to report the status of this case and otherwise respond to the Court's order of June 11, 2018.

The Court's order, docket # 32, states that "by June 14, 2018" the parties shall confer regarding the implications of the Court's June 11, 2018 Memorandum and Order and report on a number of issues. The parties have conferred. However, the Court's Memorandum comprises some 62 pages, and the issues raised within the Order itself require some careful investigation. They are not questions which can be simply answered by, for example, checking a database. As the Court is aware, the Memorandum and Order were issued two days ago.

1

*[Handwritten note:]* The court intended that the parties report no later than June 14, 2018. Therefore, this motion is hereby allowed. /s/ W.G.Y. DJ June 13, 2018